AO 10*
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Dorsey, Jennifer A. | 2. Court or Organization  US District Court - Nevada | 3. Date of Report  01/26/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination ☐ Date  ☐ Initial ☑ Annual ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South
Las Vegas, Nevada 89101

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | ▨ Trust #1 |
| 2. | Adjunct Professor (Part-Time) | William S. Boyd School of Law at University of Nevada, Las Vegas |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | William S. Boyd School of Law at University of Nevada, Las Vegas - Adjunct Professor | $3,200.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Ainsworth Game Technology - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Nevada | June 29, 2018 - July 2, 2018 | Chicago, Illinois | State Bar of Nevada Bar Association Annual Meeting (Instructor - Trial Academy) | Transportation and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/26/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/26/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Horizon Ridge Professional Park, L.P. | A | Interest | | | Closed | 01/01/18 | J | A | |
| 2. US Series EE Savings Bonds | A | Interest | J | T | | | | | |
| 3. 529 Accounts (H) | | | | | | | | | |
| 4. - American Funds Bond Fund of America 529 (Y) | | | | | | | | | |
| 5. - American Funds Growth Fund of America 529 | A | Interest | L | T | | | | | |
| 6. - American Funds Capital World Bond Fund 529 | A | Interest | J | T | Sold (part) | 07/24/18 | J | | |
| 7. - American Funds EuroPacific Growth Fund 529 | A | Interest | J | T | Sold (part) | 07/24/18 | J | | |
| 8. - American Funds New World Fund 529 | A | Interest | J | T | Sold (part) | 07/24/18 | J | | |
| 9. - American Funds US Govt Sec Fund 529 (Y) | | | | | | | | | |
| 10. - American Funds Fund of America 529 | A | Interest | K | T | | | | | |
| 11. Trust # 1 Accounts | | | | | | | | | |
| 12. - Wells Fargo Cash Accounts | A | Interest | M | T | | | | | |
| 13. - Morgan Stanley Cash Accounts | B | Interest | N | T | | | | | |
| 14. - Clark County, NV Rental Property (Y) | | | | | | | | | |
| 15. Stocks/Equities (H) | | | | | | | | | |
| 16. - AES Corp stock | A | Dividend | J | T | Sold (part) | 08/09/18 | J | | |
| 17. - Alphabet Inc. Class A stock (f/k/a Google) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Altria Group Inc stock | B | Dividend | J | T | Sold (part) | 12/19/18 | J | | |
| 19. - Amazon Com stock | A | Dividend | K | T | Buy (add'l) | 08/15/18 | J | | |
| 20. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 21. - American Intl Gp Inc (new) stock | A | Dividend | J | T | Buy (add'l) | 04/04/18 | J | | |
| 22. | | | | | Buy (add'l) | 05/04/18 | J | | |
| 23. - Amgen Inc stock | A | Dividend | | | Buy (add'l) | 08/08/18 | J | | |
| 24. | | | | | Sold | 12/19/18 | J | | |
| 25. - Amphenol Corp New Class A stock | A | Dividend | J | T | | | | | |
| 26. - Anadarko Pete stock | A | Dividend | J | T | | | | | |
| 27. - Anheuser Busch Inbev SA stock | A | Dividend | | | Buy (add'l) | 08/08/18 | J | | |
| 28. | | | | | Sold | 12/19/18 | J | | |
| 29. - Anthem Inc stock | A | Dividend | J | T | | | | | |
| 30. - Apple Inc stock | A | Dividend | K | T | Buy (add'l) | 10/10/18 | J | | |
| 31. - Applied Materials Inc stock | A | Dividend | J | T | Buy (add'l) | 08/20/18 | J | | |
| 32. | | | | | Buy (add'l) | 10/12/18 | J | | |
| 33. - Bank of America Corp stock | B | Dividend | | | Sold (part) | 03/12/18 | J | | |
| 34. | | | | | Sold | 11/07/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Baxter Intl Inc stock | A | Dividend | J | T | | | | | |
| 36.   - Becton Dickinson & Co stock | | None | J | T | Buy | 11/15/18 | J | | |
| 37.   - Berkshire Hathaway Class B stock | A | Dividend | J | T | | | | | |
| 38.   - Boeing Inc stock | A | Dividend | J | T | Buy (add'l) | 10/10/18 | J | | |
| 39. | | | | | Sold (part) | 10/11/18 | J | | |
| 40.   - Booking Holdings stock (fka Priceline Group) | A | Dividend | J | T | | | | | |
| 41.   -Bristol Myers Squibb Co stock | A | Dividend | J | T | Sold (part) | 01/30/18 | J | | |
| 42. | | | | | Buy (add'l) | 05/08/18 | J | | |
| 43. | | | | | Buy (add'l) | 10/26/18 | J | | |
| 44.   - British Amer Tob Spon ADR stock | A | Dividend | | | Sold | 12/06/18 | J | | |
| 45.   - Broadridge Financial Solution LLC stock | A | Dividend | J | T | Sold (part) | 05/07/18 | J | | |
| 46. | | | | | Buy (add'l) | 09/27/18 | J | | |
| 47.   - Cigna Corp stock | | None | J | T | Buy | 12/28/18 | J | | |
| 48.   - CSX Corp stock | A | Dividend | J | T | Sold (part) | 11/13/18 | J | | |
| 49. | | | | | Sold (part) | 12/03/18 | J | | |
| 50.   - CVS Health Corp stock | A | Dividend | J | T | | | | | |
| 51.   - Casey's General Stores Inc stock | A | Dividend | | | Sold | 01/25/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Celgene Corp stock | A | Dividend | | | Sold (part) | 11/12/18 | J | | |
| 53. | | | | | Sold | 11/15/18 | J | | |
| 54.   - Cerner Corp stock | A | Dividend | J | T | Buy (add'l) | 09/27/18 | J | | |
| 55.   - Chevron Corp stock | A | Dividend | J | T | Sold (part) | 10/25/18 | J | | |
| 56.   - Citigroup Inc stock | A | Dividend | | | Sold | 11/07/18 | J | | |
| 57.   - Cognizant Tech Solutions stock | A | Dividend | J | T | | | | | |
| 58.   - ConocoPhillips stock | A | Dividend | K | T | Buy (add'l) | 10/10/18 | J | | |
| 59.   - Corning Inc stock | A | Dividend | J | T | Buy (add'l) | 03/21/18 | J | | |
| 60.   - Walt Disney Co Holding Company stock | A | Dividend | K | T | Buy (add'l) | 06/18/18 | J | | |
| 61. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 62. | | | | | Buy (add'l) | 08/08/18 | J | | |
| 63.   - Dollar Tree Inc stock | A | Dividend | J | T | Buy (add'l) | 09/17/18 | J | | |
| 64.   - Du Pont Ei De Nemours & Co stock | A | Dividend | | | Buy (add'l) | 08/08/18 | J | | |
| 65. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 66. | | | | | Sold | 12/19/18 | J | | |
| 67.   - Ecolab Inc stock | A | Dividend | J | T | Sold (part) | 04/19/18 | J | | |
| 68. | | | | | Sold (part) | 12/13/18 | J | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Express Scripts Hldg Co stock | A | Dividend | | | Redeemed | 12/24/18 | J | | |
| 70. - Exxon Mobil stock | A | Dividend | | | Sold | 01/30/18 | J | | |
| 71. - FMC Corp stock | A | Dividend | J | T | Buy (add'l) | 12/28/18 | J | | |
| 72. - Facebook Inc Class A stock | A | Dividend | K | T | Buy (add'l) | 01/12/18 | J | | |
| 73. | | | | | Buy (add'l) | 02/14/18 | J | | |
| 74. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 75. | | | | | Sold (part) | 07/30/18 | J | | |
| 76. - Fastenal Co stock | A | Dividend | J | T | | | | | |
| 77. - Fleetcor Technologies stock | A | Dividend | J | T | | | | | |
| 78. - Fortune Brands Home & Sec Inc stock | | None | J | T | Buy | 10/08/18 | J | | |
| 79. - Freeport-McMoran Class B stock | | None | J | | Buy | 10/29/18 | J | | |
| 80. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 81. - Halliburton Co stock | A | Dividend | J | T | Buy (add'l) | 10/10/18 | J | | |
| 82. | | | | | Sold (part) | 12/06/18 | J | | |
| 83. - Honeywell International Inc stock | A | Dividend | J | T | Sold (part) | 11/02/18 | J | | |
| 84. - Humana Inc stock | A | Dividend | J | T | Sold (part) | 11/02/18 | J | | |
| 85. - Intel Corp stock | A | Dividend | J | T | Buy (add'l) | 08/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Intuit Inc stock | A | Dividend | J | T | Sold (part) | 12/13/18 | J | | |
| 87. - JP Morgan Chase & Co stock | A | Dividend | | | Buy (add'l) | 08/15/18 | J | | |
| 88. | | | | | Sold | 11/07/18 | J | | |
| 89. - Johnson & Johnson stock | A | Dividend | J | T | | | | | |
| 90. - Juniper Networks stock | A | Dividend | | | Sold (part) | 04/04/18 | J | | |
| 91. | | | | | Sold | 05/08/18 | J | | |
| 92. - Littlefuse Inc stock | A | Dividend | J | T | | | | | |
| 93. - Lockheed Martin Corp stock | A | Dividend | J | T | Buy (add'l) | 10/10/18 | J | | |
| 94. - Lowes Companies Inc stock | A | Dividend | J | T | Buy (add'l) | 04/26/18 | J | | |
| 95. | | | | | Sold (part) | 08/20/18 | J | | |
| 96. - MGM Resorts International stock | A | Dividend | | | Sold | 06/13/18 | J | | |
| 97. - Marathon Petroleum Corp stock | A | Dividend | J | T | | | | | |
| 98. - Markel Corp (Holding Co) stock | A | Dividend | J | T | | | | | |
| 99. - Mastercard Inc stock | A | Dividend | J | T | Buy (add'l) | 08/15/18 | J | | |
| 100. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 101. | | | | | Sold (part) | 10/08/18 | J | | |
| 102. | | | | | Sold (part) | 12/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1.000 or less | B =$1.001 - $2.500 | C =$2.501 - $5.000 | D =$5.001 - $15.000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| | F =$50.001 - $100.000 | G =$100.001 - $1,000.000 | H1 =$1.000.001 - $5.000.000 | H2 =More than $5.000.000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15.000 or less | K =$15.001 - $50.000 | L =$50.001 - $100.000 | M =$100.001 - $250.000 | |
| | N =$250.001 - $500.000 | O =$500.001 - $1.000.000 | P1 =$1.000.001 - $5.000.000 | P2 =$5.000.001 - $25.000.000 | |
| | P3 =$25.000.001 - $50.000.000 | | P4 =More than $50.000.000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/26/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place (X) after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Maximus Inc stock | A | Dividend | | | Sold (part) | 01/09/18 | J | | |
| 104. | | | | | Sold | 01/30/18 | J | | |
| 105.  - Merck & Co Inc stock | A | Dividend | J | T | Buy (add'l) | 10/10/18 | J | | |
| 106.  - Metlife Incorporated stock | A | Dividend | J | T | | | | | |
| 107.  - Microsoft Corp stock | A | Dividend | K | T | Buy (add'l) | 10/10/18 | J | | |
| 108.  - Middleby Corp stock | A | Dividend | J | T | Sold (part) | 09/17/18 | J | | |
| 109. | | | | | Sold (part) | 10/08/18 | J | | |
| 110.  - Morgan Stanley stock | A | Dividend | J | T | | | | | |
| 111.  - Nextera Energy Inc stock | A | Dividend | J | T | Sold (part) | 05/10/18 | J | | |
| 112.  - Nike Inc stock | A | Dividend | J | T | Buy (add'l) | 10/10/18 | J | | |
| 113.  - Novo Nordisk A/S ADR stock | A | Dividend | J | T | Buy (add'l) | 09/27/18 | J | | |
| 114.  - Nvidia Corp stock | | None | J | T | Buy | 12/13/18 | J | | |
| 115.  - Palo Alto Networks Inc stock | A | Dividend | | | Buy (add'l) | 10/10/18 | J | | |
| 116. | | | | | Sold | 12/06/18 | J | | |
| 117.  - Pepsico Inc stock | A | Dividend | | | Sold | 10/08/18 | J | | |
| 118.  - Philip Morris Intl Inc stock | A | Dividend | J | T | Sold (part) | 12/19/18 | J | | |
| 119.  - Phillips 66 stock | A | Dividend | J | T | Buy (add'l) | 10/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 12/06/18 | J | | |
| 121. - Priceline Grp Inc stock (Y) | | | | | | | | | |
| 122. - Qualcomm Inc stock | A | Dividend | J | T | Sold (part) | 08/28/18 | J | | |
| 123. | | | | | Sold (part) | 09/14/18 | J | | |
| 124. - Qurate Retail Inc series A stock | A | Dividend | J | T | Buy | 05/14/18 | J | | |
| 125. | | | | | Buy (add'l) | 05/21/18 | J | | |
| 126. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 127. - Royal Dutch Shell PLC stock | A | Dividend | | | Buy (add'l) | 08/15/18 | J | | |
| 128. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 129. | | | | | Sold | 12/19/18 | J | | |
| 130. - Schlumberger Ltd stock | A | Dividend | | | Sold | 10/11/18 | J | | |
| 131. - S&P Global Inc. stock | | None | J | T | Buy | 09/14/18 | J | | |
| 132. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 133. - Sherwin Williams Company stock | A | Dividend | J | T | | | | | |
| 134. - TJX Cos Inc stock | A | Dividend | J | T | Sold (part) | 06/15/18 | J | | |
| 135. | | | | | Sold (part) | 08/27/18 | J | | |
| 136. - Target Corporation stock | A | Dividend | | | Buy (add'l) | 11/27/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 01/30/18 | J | | |
| 138. | | | | | Sold | 12/19/18 | J | | |
| 139. - Technipfmc Ltd stock | | None | J | T | Buy | 08/29/18 | J | | |
| 140. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 141. - Teradata Corp stock | A | Dividend | J | T | | | | | |
| 142. - Tyson Foods Inc stock | A | Dividend | J | T | Buy (add'l) | 08/23/18 | J | | |
| 143. | | | | | Sold (part) | 10/29/18 | J | | |
| 144. - Union Pacific Corp stock | A | Dividend | J | T | Sold (part) | 06/13/18 | J | | |
| 145. | | | | | Sold (part) | 08/20/18 | J | | |
| 146. - United Technologies Corp stock | A | Dividend | J | T | | | | | |
| 147. - Unumprovident Corp stock | A | Dividend | J | T | | | | | |
| 148. - Valero Energy CP stock | A | Dividend | J | T | Sold (part) | 05/10/18 | J | | |
| 149. - Verizon Communications stock | A | Dividend | J | T | Sold (part) | 11/13/18 | J | | |
| 150. - Visa Inc stock | A | Dividend | J | T | Buy (add'l) | 10/10/18 | J | | |
| 151. - Wells Fargo & Co stock | A | Dividend | | | Sold (part) | 09/27/18 | J | | |
| 152. | | | | | Sold | 09/28/18 | J | | |
| 153. - Western Alliance Bancorp stock | A | Dividend | J | T | Buy | 02/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 02/07/18 | J | | |
| 155.   - Williams Co Inc stock | A | Dividend | J | T | Sold (part) | 05/18/18 | J | | |
| 156. | | | | | Buy (add'l) | 09/26/18 | J | | |
| 157.   - Check Point Software Tech Ltd stock | A | Dividend | J | T | Buy | 01/09/18 | J | | |
| 158.  ETF/Equity Index Holdings (H) | | | | | | | | | |
| 159.   - BCS Trigger Plus on SPX (MS ISSUE) | | None | L | T | Buy | 10/31/18 | K | | |
| 160.   - MS Dual Directional Trigger on SPX (MS ISSUE) | | None | K | T | Buy | 11/30/18 | K | | |
| 161.   - Invesco (fka Guggenhem) S&P 500 Equal Weight ETF | A | Dividend | K | T | Buy (add'l) | 07/12/18 | J | | |
| 162. | | | | | Buy (add'l) | 09/13/18 | J | | |
| 163.   - First Trust Large Cap Core ETF | A | Dividend | | | Sold | 04/10/18 | J | | |
| 164.   - First Trust Value Div IDX ETF | A | Dividend | K | T | Buy | 02/14/18 | J | | |
| 165.   - First Trust Dow Jones Stoxx Eur ETF | A | Dividend | | | Sold | 10/11/18 | J | | |
| 166.   - First Trust Mld CP Cor AlphaDX ETF | | None | M | T | Buy | 11/13/18 | M | | |
| 167. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 168. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 169. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 170. | | | | | Buy (add'l) | 12/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - First Trust Senior Loan Fund ETF | A | Dividend | J | T | Buy | 07/12/18 | J | | |
| 172. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 173. | | | | | Sold (part) | 12/19/18 | K | | |
| 174. - O'Shares FTSE US Quality ETF | A | Dividend | J | T | Sold (part) | 07/12/18 | J | | |
| 175. - Global X RBTCS & AI ETF | A | Dividend | | | Sold | 11/12/18 | J | | |
| 176. - IQ Enhanced Core Plus Bond ETF | A | Dividend | | | Sold | 02/21/18 | J | | |
| 177. - IShares Core S&P Total US Stock ETF | A | Dividend | K | T | | | | | |
| 178. - IShares TIPS Bond ETF | A | Dividend | K | T | Buy (add'l) | 10/12/18 | J | | |
| 179. | | | | | Buy (add'l) | 11/13/18 | K | | |
| 180. - S&P 500 Index Fund ETF | A | Dividend | | | Sold | 03/16/18 | J | | |
| 181. - IShares SP Smallcap 600 Index ETF | A | Dividend | J | T | Buy (add'l) | 07/12/18 | J | | |
| 182. - IShares MSCI Emerging Markets ETF | A | Dividend | J | T | | | | | |
| 183. - IShares MSCI USA Min Vol ETF | A | Dividend | K | T | Buy (add'l) | 02/07/18 | J | | |
| 184. - IShares MSCI US Quality Fac ETF | | None | J | T | Buy | 12/12/18 | J | | |
| 185. - JPM Diversified Ret Intl Equity ETF | B | Dividend | | | Sold (part) | 10/11/18 | J | | |
| 186. | | | | | Sold | 10/12/18 | J | | |
| 187. - Mainstay Def Term Muni Opp ETF | A | Dividend | K | T | Buy (add'l) | 04/23/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 189.  - Powershares DB Base Metals FD ETF | A | Dividend | | | Sold | 07/12/18 | J | | |
| 190.  - Invesco (fka) Powershares QQQ ETF | A | Dividend | J | T | Sold (part) | 02/07/18 | J | | |
| 191. | | | | | Sold (part) | 04/10/18 | J | | |
| 192.  - Powershares DB Multi-Sec Energy FD ETF | A | Dividend | | | Sold | 12/12/18 | J | | |
| 193.  - SPDR Portf Emerging Markets ETF | A | Dividend | | | Sold | 07/12/18 | J | | |
| 194.  - SPDR Blackstone GSO Sen Loan ETF | A | Dividend | | | Sold | 01/09/18 | J | | |
| 195.  - SPDR Gold Tr Gold ETF | | None | K | T | Buy | 11/13/18 | J | | |
| 196. | | | | | Buy (add'l) | 11/20/18 | J | | |
| 197.  - SPDR S&P Midcap 400 ETF | A | Dividend | J | T | Buy (add'l) | 09/13/18 | J | | |
| 198.  - SPDR Technology Sel Sector FD ETF | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 199. | | | | | Sold (part) | 09/13/18 | J | | |
| 200. | | | | | Sold | 12/12/18 | J | | |
| 201.  - WT BBRG DLR Bull ETF | A | Dividend | | | Sold | 02/07/18 | J | | |
| 202.  - Invesco Diversified Dividend ETF | B | Dividend | | | Sold | 02/14/18 | L | | |
| 203.  - Vaneck Vectors Gold Miners ETF | | None | J | T | Buy | 11/13/18 | J | | |
| 204.  - Vanguard Index FDS S&P 500 ETF | | None | J | T | Buy | 10/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.   - Wisdomtree Europe Hedged Equity ETF | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 206. | | | | | | | | | |
| 207.   Mutual Funds (H) | | | | | | | | | |
| 208.   - American Century Emerg Mkts Inv Fund | A | Interest | L | T | Buy (add'l) | 10/01/18 | J | | |
| 209. | | | | | Buy (add'l) | 10/12/18 | J | | |
| 210. | | | | | Sold (part) | 11/12/18 | J | | |
| 211. | | | | | Sold (part) | 11/13/18 | J | | |
| 212.   - American Infl Linked Bond Fund Fund | A | Interest | L | T | Buy | 02/14/18 | K | | |
| 213. | | | | | Buy (add'l) | 11/13/18 | J | | |
| 214. | | | | | Buy (add'l) | 11/14/18 | K | | |
| 215.   - Brandes Intl Small Cap Equity Fund | A | Interest | | | Buy (add'l) | 10/01/18 | J | | |
| 216. | | | | | Buy (add'l) | 10/12/18 | J | | |
| 217. | | | | | Sold (part) | 02/14/18 | J | | |
| 218. | | | | | Sold | 11/13/18 | L | | |
| 219.   - Blackrock Inflation Protect Bond Fund | A | Interest | K | T | Buy | 05/18/18 | J | | |
| 220. | | | | | Buy (add'l) | 11/13/18 | J | | |
| 221.   - Columbia Dividend Inc Z Fund | A | Interest | L | T | Buy (add'l) | 10/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 223. | | | | | Sold (part) | 11/13/18 | J | | |
| 224.  - Columbia Sel Large Cap Value Z Fund | A | Interest | L | T | Sold (part) | 02/14/18 | J | | |
| 225.  - EV Floating Rate I | A | Interest | | | Sold | 02/14/18 | K | | |
| 226.  - Franklin Gold & Precious Metals Fund | | None | L | T | Buy | 11/13/18 | L | | |
| 227.  - Goldman Sachs SMCP Eq Insight | A | Interest | L | T | Buy (add'l) | 02/14/18 | K | | |
| 228. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 229. | | | | | Sold (part) | 11/13/18 | J | | |
| 230. | | | | | Sold (part) | 12/06/18 | J | | |
| 231.  - Goldman Sachs Emerging Markets Debt I | A | Interest | | | Buy (add'l) | 02/14/18 | K | | |
| 232. | | | | | Sold | 05/18/18 | L | | |
| 233.  - Ivy Intl Core Equity I | B | Interest | L | T | Buy (add'l) | 02/14/18 | K | | |
| 234. | | | | | Buy (add'l) | 10/12/18 | J | | |
| 235. | | | | | Buy (add'l) | 11/08/18 | J | | |
| 236. | | | | | Buy (add'l) | 11/13/18 | J | | |
| 237. | | | | | Sold (part) | 11/12/18 | K | | |
| 238. | | | | | Sold (part) | 11/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Clearbridge Aggressive Growth I | C | Interest | L | T | Buy (add'l) | 12/12/18 | J | | |
| 240. | | | | | Sold (part) | 02/14/18 | K | | |
| 241. | | | | | Sold (part) | 11/13/18 | J | | |
| 242. - First Trust Preferred Sec & Inc Index | A | Interest | L | T | Buy (add'l) | 02/14/18 | J | | |
| 243. | | | | | Buy (add'l) | 10/12/18 | J | | |
| 244. | | | | | Buy (add'l) | 11/13/18 | J | | |
| 245. | | | | | Sold (part) | 02/14/18 | J | | |
| 246. | | | | | Sold (part) | 05/18/18 | J | | |
| 247. | | | | | Sold (part) | 11/13/18 | J | | |
| 248. - Lord Abbett Flt Rt Fund | A | Interest | M | T | Buy | 05/18/18 | L | | |
| 249. | | | | | Buy (add'l) | 11/13/18 | K | | |
| 250. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 251. - Lord Abbett Ultra Short Bond Fund | | None | L | T | Buy | 12/20/18 | L | | |
| 252. - Mainstay Tax Free Bond I | A | Interest | K | T | | | | | |
| 253. - Neuberger Berman Intl Eq Inst | A | Interest | | | Sold | 02/14/18 | K | | |
| 254. - Nuveen Muni Tot Ret Mngd Accts | A | Interest | M | T | | | | | |
| 255. - Oppenheimer Intl Small-Mid Co | A | Interest | K | T | Buy (add'l) | 10/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 11/13/18 | J | | |
| 257. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 258. - Principal Preferred Sec Inst NBR | A | Interest | | | Sold (part) | 02/14/18 | J | | |
| 259. | | | | | Sold | 12/13/18 | J | | |
| 260. - Prudential Jennison SM Comp Z | A | Interest | L | T | | | | | |
| 261. - Virtus Vontobel Foreign Opportunity I | A | Interest | J | T | Buy (add'l) | 02/14/18 | J | | |
| 262. | | | | | Buy (add'l) | 10/12/18 | J | | |
| 263. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 264. | | | | | Sold (part) | 11/13/18 | L | | |
| 265. - Virtus Vontobel Emerging Market Opportunity I | A | Interest | | | Buy (add'l) | 10/01/18 | J | | |
| 266. | | | | | Buy (add'l) | 10/12/18 | J | | |
| 267. | | | | | Sold (part) | 02/14/18 | J | | |
| 268. | | | | | Sold | 11/13/18 | L | | |
| 269. - Western Asset Core Plus BD I NBR | B | Interest | L | T | Buy (add'l) | 02/05/18 | J | | |
| 270. | | | | | Sold (part) | 02/14/18 | K | | |
| 271. | | | | | Sold (part) | 05/18/18 | J | | |
| 272. - Western Asset Int Term Muni | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | | | | | |
| 274. Fixed Income/Bonds (H) | | | | | | | | | |
| 275. - Chaseflex Trust 2005-1 | A | Interest | K | T | | | | | |
| 276. - Delta Airlines 2010-2A (Y) | | | | | | | | | |
| 277. - NAA 2006-AP1 | A | Interest | J | T | | | | | |
| 278. - Bexar County TX Hospital Dist | A | Interest | J | T | Buy | 04/05/18 | J | | |
| 279. - Boone Cnty Ky School Dist | A | Interest | J | T | | | | | |
| 280. - Carmel Ind Local Pub Impt Board | A | Interest | | | Sold | 11/01/18 | J | | |
| 281. - Chaffey Calif United HS | A | Interest | | | Sold | 04/03/18 | J | | |
| 282. - Clark County WA School Dist | A | Interest | | | Sold | 11/14/18 | J | | |
| 283. - Dallas Fort Worth Intl Airport | A | Interest | J | T | Buy | 12/18/18 | J | | |
| 284. - Escambia County FL Cap Improv | A | Interest | J | T | Buy | 11/20/18 | J | | |
| 285. - Geisinger Auth PA Health System | A | Interest | J | T | | | | | |
| 286. - Johnson Cnty Kansas Uni School | A | Interest | | | Sold | 12/17/18 | J | | |
| 287. - Kentucky St Prop & Bldgs Comm Rev Ref Proj 100-A | A | Interest | K | T | | | | | |
| 288. - Las Vegas Valley Water Dist | A | Interest | J | T | Buy | 11/14/18 | J | | |
| 289. - New York City Trans Fin Auth | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/26/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - North Texas Twy Auth | A | Interest | J | T | Buy | 11/08/18 | J | | |
| 291. - Ohio State Infrastr Impt | A | Interest | K | T | | | | | |
| 292. - Pearland Texas Water & Sewer | A | Interest | J | T | Buy | 11/01/18 | J | | |
| 293. - Port Auth NY & NJ Consolidated Rev | A | Interest | K | T | | | | | |
| 294. - Texas St Mobility Fund Rev | A | Interest | | | Sold | 07/19/18 | K | | |
| 295. ▨▨▨ Bank Accounts | | | | | | | | | |
| 296. - Wells Fargo Cash Accounts | A | Interest | J | T | | | | | |
| 297. - Chase Bank Cash Account | A | Interest | J | T | | | | | |
| 298. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/26/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts

- Trust #1 notation includes all relevant investment, brokerage and retirements accounts held via ▇▇▇ trust (filer and spouse being co-trustees) and/or beneficiary at Morgan Stanley Smith Barney. Holdings are included under Trust #1 and itemized individually for ease of reference.

- Holding a line 1 (Horizon Ridge) was limited interest in real estate investment managed by third party. The interest was redeemed/completed and thereafter dissolved during 2017-18 time period. Filer lists same to note conclusion of interest and that it is no longer held.

- Holding at lines 4, 9 and 10 relate to the same holding from prior reporting. For purposes of the 2018 filing, they are consolidated at line 10.

- Holding at line 14 asset listed no longer utilized as rental property and no reporttable transactions occurred during the period. Asset still owned at end of the reporting period and utilized personally by Filer.

- Holding at line 40 (Booking Holdings) and line 121 (Priceline) are same holding due to name change in 2018. Holding now listed under its current name at line 40.

- Filer lists checking/savings accounts at lines 295-297 belonging to adult ▇▇▇ that are above the applicable reporting threshold.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Jennifer A. Dorsey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544